MICHAEL HOFFMAN (Cal. State Bar No. 154481)
STEPHEN NOEL ILG (Cal State Bar No. 275599)
HOFFMAN EMPLOYMENT LAWYERS, P.C.
580 California Street, Suite 1600
San Francisco, California  94104
Telephone:	(415) 362-1111
Facsimile:	(415) 362-1112
mhoffman@employment-lawyers.com
silg@employment-lawyers.com

Attorneys for Plaintiff
Gilbert Artiaga

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
ANDREA B. DICOLEN (Cal. State Bar No. 305555)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone:	(415) 856-7000
Facsimile:	(415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com
andreadicolen@paulhastings.com

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | GILBERT ARTIAGA, on behalf of himself, all others similarly situated, and the general public,<br><br>     Plaintiffs,<br><br>  vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 100, inclusive,<br><br>     Defendants. | 1:16-CV-01255-DAD-SAB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

.1

On the stipulation of plaintiff Gilbert Artiaga and defendant Target Corporation, and good cause appearing therefor,

IT IS ORDERED that the scheduling conference, currently set for November 15, 2016, be and hereby is continued to December 6, 2016 at 9:30 a.m. before Magistrate Judge Stanley A. Boone.

The Joint Rule 26(f) report is due one week before the new scheduling conference date.

IT IS SO ORDERED.

Dated: __October 27, 2016__

UNITED STATES MAGISTRATE JUDGE