1  MICHAEL HOFFMAN (Cal. State Bar No. 154481)
   STEPHEN NOEL ILG (Cal State Bar No. 275599)
2  HOFFMAN EMPLOYMENT LAWYERS, P.C.
   580 California Street, Suite 1600
3  San Francisco, California  94104
   Telephone:    (415) 362-1111
4  Facsimile:    (415) 362-1112
   mhoffman@employment-lawyers.com
5  silg@employment-lawyers.com

6  Attorneys for Plaintiff
   Gilbert Artiaga
7

   JEFFREY D. WOHL (Cal. State Bar No. 096838)
8  JULLIE Z. LAL (Cal. State Bar No. 279067)
   ANDREA B. DICOLEN (Cal. State Bar No. 305555)
9  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
10 San Francisco, California 94105
   Telephone:    (415) 856-7000
11 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
12 jullielal@paulhastings.com
   andreadicolen@paulhastings.com
13
   Attorneys for Defendant
14 Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ARTIAGA, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:16-cv-01255-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff Gilbert Artiaga shall file the second amended complaint ("SAC") within seven (7) days of the date of entry of this order; and

2. Defendant Target Corporation's response to the SAC shall be filed within twenty one (21) days after Target is served with the SAC.

IT IS SO ORDERED.

Dated:   **December 15, 2016**

UNITED STATES MAGISTRATE JUDGE